NEW HAVEN SAVINGS BANK *v.* WALTER AIKEN ET AL.
(Nos. 151284, 151349)

The plaintiff's motions to dismiss the appeals from the Superior Court in New Haven County are granted by the court.

*David W. Goldman,* for the appellee (plaintiff).

*Max F. Brunswick,* for the appellants (defendants).

Argued February 16—decided February 16, 1978

JEANNE M. BOZZI *v.* FRANK BOZZI

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

*Charles J. Donato,* for the appellee (plaintiff).

*Richard L. Goldblatt,* for the appellant (defendant).